```
ERIC GRANT
United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

**FILED**

Feb 13, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DUSTIN SHEPARD BRIDGERS,<br><br>　　　　　Defendant. | CASE NO. 2:26-cr-0019-SCR<br><br>18 U.S.C. § 1361 – Willful Injury and Depredation of Government Property |

I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 1361 – Willful Injury and Depredation of Government Property]

　　　The United States Attorney charges:

DUSTIN SHEPARD BRIDGERS,

defendant herein, on or about February 12, 2026, in the County of Sacramento, State and Eastern District of California, did willfully injure and commit a depredation against property of the United States and of a department and agency thereof, to wit: breaking multiple windows on a government building

//

//

//

/

INFORMATION                           1                    U.S. v. DUSTIN SHEPARD BRIDGERS

1  located at 650 Capitol Mall, Sacramento, California, in violation of Title 18, United States Code, Section
2  1361, a Class A misdemeanor.
3  DATED:  February 13, 2026                    ERIC GRANT
                                                United States Attorney

                                       By:      /s/ J. Douglas Harman
                                                J. DOUGLAS HARMAN
                                                Assistant U.S. Attorney

**United States v. DUSTIN SHEPARD BRIDGERS**
**Penalties for Information**

### COUNT 1:

VIOLATION: 18 U.S.C. § 1361 – Willful Injury and Depredation of Government Property

PENALTIES: Maximum of 1 year in prison; or
Fine of up to $100,000; or
Both fine and imprisonment;
Supervised Release of not more than one (1) year

SPECIAL ASSESSMENT: $25 (mandatory)