UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 13, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DUSTIN SHEPARD BRIDGERS,

      Defendant.

Case No.  2:26-cr-00019-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DUSTIN SHEPARD BRIDGERS,

Case No.  2:26-cr-00019-SCR, Charge 18 U.S.C. § 1361, from custody for the following

reasons:

  X  Release on personal recognizance under conditions.

_____Bail Posted in the Sum of $ _____

      _____Unsecured Appearance Bond $ _____

      _____Appearance Bond with 10% Deposit

      _____Appearance Bond with Surety

      _____Corporate Surety Bail Bond

      ___.___(Other):

Sacramento County Jail is further ORDERED to release the defendant with a

  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 13, 2026 at 2:20 p.m.

By: _____

Magistrate Judge Jeremy D. Peterson