FILED

March 25, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

DUSTIN SHEPARD BRIDGERS,

       Defendant.

Case No.  2:26-mj-00033-AC

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DUSTIN SHEPARD BRIDGERS__,

Case No. __2:26-mj-00033-AC__, Charge __18 USC § 1361__, from custody for the following

reasons:

  __X__  Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

_____ Sacramento County Jail is further ORDERED to release the defendant with a
30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on March 25, 2026, at 3:00 PM.

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE