UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 3, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUSTIN SHEPARD BRIDGERS,

Defendant.

Case No. 2:26-cr-00019-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DUSTIN SHEPARD BRIDGERS, Case No. 2:26-cr-00019-SCR, Charge 18 U.S.C. § 3146, from custody for the following reasons:

x Release on Personal Recognizance

___ Bail Posted in the Sum of $ ________________

___ Unsecured Appearance Bond $ ________________

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

x (Other): Released forthwith with no supervised conditions imposed due to time served sentence.

Issued at Sacramento, California on August 3, 2026, at 2:50 PM.

By: ______________________
Magistrate Judge Sean C. Riordan